**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TQP DEVELOPMENT, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHRYSLER GROUP LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 2:13-cv-219-JRG-RSP <br><br> **CONSOLIDATED CASE** |
| TQP DEVELOPMENT, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAMSUNG ELECTRONICS AMERICA, INC.; ) <br> SAMSUNG TELECOMMUNICATIONS ) <br> AMERICA LLC; SAMSUNG INFORMATION ) <br> SYSTEMS AMERICA, INC., ) <br> ) <br> Defendants. ) | Civil Action No. 2:12-cv-581 |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO
EXCHANGE INVALIDITY CONTENTIONS AND PRODUCE DOCUMENTS
PURSUANT TO P. R. 3-3 AND 3-4 AND COMPLY WITH PARAGAPHS 1 AND 3 OF
THE DISCOVERY ORDER**

Came on for consideration Defendants' Samsung Electronics America, Inc. ("SEA") and

Samsung Telecommunications America LLC ("STA") (collectively, the "Samsung Defendants")

Unopposed Motion for Extension of Time to Exchange Invalidity Contentions and Produce

Documents Pursuant to P.R. 3-3 and 3-4 and Comply with Paragraphs 1 and 3 of the Discovery Order and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Samsung Defendants shall have up to and including December 13, 2013 to exchange invalidity contentions and produce documents pursuant to P.R. 3-3 and 3-4.

IT IS FURTHER ORDERED that Samsung Defendants shall have up to and including December 20, 2013  to comply with paragraphs 1 and 3 of the Discovery Order pursuant to the Docket Control Order.

**SIGNED this 12th day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE