# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,** | Civil Action No. 2:13-cv-219-JRG-RSP |
| Plaintiff, | CONSOLIDATED |
| v. | |
| **CHRYSLER GROUP LLC,** | |
| Defendant. | |

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO EXCHANGE INVALIDITY CONTENTIONS AND PRODUCE DOCUMENTS PURSUANT TO P. R. 3-3 AND 3-4 AND COMPLY WITH PARAGAPHS 1 AND 3 OF THE DISCOVERY ORDER

Came on for consideration Defendant Chrysler Group LLC ("Chrysler") Unopposed Motion for Extension of Time to Exchange Invalidity Contentions and Produce Documents Pursuant to P.R. 3-3 and 3-4 and Comply with Paragraphs 1 and 3 of the Discovery Order and the Court is of the opinion that the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED that Chrysler shall have up to and including December 13, 2013 to exchange invalidity contentions and produce documents pursuant to P.R. 3-3 and 3-4.

IT IS FURTHER ORDERED that Chrysler shall have up to and including December 20, 2013  to comply with paragraphs 1 and 3 of the Discovery Order pursuant to the Docket Control Order.

**SIGNED this 14th day of November, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE