**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 2:12-CV-180-WCB |
| INTUIT INC., | § | |
| Defendant. | § | |

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § | |
| Plaintiff, | § | |
| v. | § | CASE NO. 2:13-CV-219-WCB |
| CHRYSLER GROUP LLC, | § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendants' Motion to Dismiss Pursuant to Settlement Agreements in TQP Development, LLC v. Intuit Inc., No. 2:12-cv-180 (Dkt No. 194) and Defendants' Motion to Dismiss Pursuant to Settlement Agreement in TQP Development, LLC v. Chrysler Group LLC, No. 2:13-cv-219 (Dkt. No. 176). For the reasons stated in the Court's Memorandum Opinion and Order filed contemporaneously with this Order, both Motions are GRANTED.

The Court ORDERS that all claims and counterclaims asserted in <u>TQP Development, LLC v. Intuit</u>, No. 2:12-cv-180, between plaintiff TQP Development, LLC ("TQP") and defendants Intuit Inc. and The Hertz Corporation are DISMISSED WITH PREJUDICE. Likewise, the Court ORDERS that all claims and counterclaims asserted in <u>TQP Development, LLC v. Chrysler Group LLC</u>, No. 2:13-cv-219, between plaintiff TQP and defendants LinkedIn Corporation, Twitter, Inc., and Yelp Inc. are DISMISSED WITH PREJUDICE.

It is further ORDERED at all attorneys' fees and costs are to be borne by the party that incurred them.

It is so ORDERED.

SIGNED this 23rd day of July, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE