# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC**<br><br>        Plaintiff,<br><br>v.<br><br>**CHRYSLER GROUP, LLC,**<br><br>        Defendants. | Civil Action No. 2:13-cv-219-WCB-RSP<br><br>CONSOLIDATED<br><br>JURY TRIAL DEMANDED |

## STIPULATION BETWEEN TQP DEVELOPMENT, LLC AND LINKEDIN CORPORATION, TWITTER, INC., AND YELP INC. RE DISMISSAL WITH PREJUDICE

Plaintiff TQP Development, LLC ("TQP") hereby provides notice that on unopposed motion by TQP, the Court of Appeals for the Federal Circuit has dismissed TQP's appeals (Nos. 2014-1745, -1757, -1758 and -1759). Further, TQP and defendants LinkedIn Corporation, Twitter, Inc. and Yelp Inc. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), (a)(2) and (c) and their agreement (Dkt. No. 178-1), hereby stipulate to the dismissal of all claims and counterclaims between them in this action WITH PREJUDICE, with each party bearing its own costs, expenses and attorneys' fees.

The parties recognize and consent to the dismissal Order (Dkt. No. 185) previously entered by the Court and so submit no additional proposed form of order with this filing.

SO STIPULATED:

Dated: October 3, 2014

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| | **TQP DEVELOPMENT, LLC** |
| By: */s/ Scott E. Davis*<br>  Scott E. Davis (OR Bar No. 022883) | By: */s/ Paul A. Kroeger* |

| | |
|---|---|
| scott.davis@klarquist.com<br>Derrick W. Toddy (OR Bar No. 072043)<br>derrick.toddy@klarquist.com<br>John D. Vandenberg (OR Bar No. 893755)<br>john.vandenberg@klarquist.com<br>Philip Warrick (OR Bar No. 116191)<br>philip.warrick@klarquist.com<br>**KLARQUIST SPARKMAN, LLP**<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon  97204<br>Telephone:  (503) 595-5300<br>Facsimile:  (503) 595-5301<br><br>**Attorneys for Defendants**<br>**LINKEDIN CORP., TWITTER, INC.**<br>**and YELP INC.** | Marc A. Fenster, CA Bar No. 181067<br>E-mail: mfenster@raklaw.com<br>Adam S. Hoffman, CA Bar No. 218740<br>E-mail: ahoffman@raklaw.com<br>Alexander C. Giza, CA Bar No. 212327<br>E-mail: agiza@raklaw.com<br>Paul A. Kroeger, CA Bar No. 229074<br>E-mail: pkroeger@raklaw.com<br>**RUSS, AUGUST & KABAT**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA  90025<br>Telephone:     310/826-7474<br>Facsimile:       310/826-6991<br><br>Andrew W. Spangler, TX Bar No. 24041960<br>E-mail: spangler@spanglerlawpc.com<br>**SPANGLER LAW P.C.**<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>Telephone:     903/753-9300<br>Facsimile:       903/553-0403<br><br>**Attorneys for Plaintiff**<br>**TQP DEVELOPMENT, LLC** |

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on October 3, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Paul A. Kroeger*
Paul A. Kroeger